```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

```
EDGAR SANCHEZ,                      1:20-cv-12041 (NLH)

           Petitioner,              MEMORANDUM OPINION & ORDER

     v.

WARDEN FCI FAIRTON,

           Respondent.
```

**APPEARANCES**:

Edgar Sanchez
11708-265
Fairton
Federal Correctional Institution
P.O. Box 420
Fairton, NJ 08320

    Petitioner pro se

Craig Carpenito, United States Attorney
Kristin Lynn Vassallo, Assistant United States Attorney
Office of the U.S. Attorney
District of New Jersey
970 Broad Street
Newark, NJ 07102

    Attorneys for Respondent

**HILLMAN, District Judge**

    WHEREAS, Edgar Sanchez filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on August 31, 2020, see ECF No. 1; and

    WHEREAS, the Court ordered Respondent to filed an answer or

motion to dismiss on September 24, 2020, see ECF No. 2; and

WHEREAS, Respondent requests an extension of time to file its response, see ECF No. 4,

THEREFORE, IT IS on this __6th__ day of November, 2020

ORDERED that Respondent's request for an extension, ECF No. 4, is granted.  The response is due on or before December 9, 2020; and it is finally

ORDERED that the Clerk shall send a copy of this Order to Petitioner by regular mail.

|  |  |
|---|---|
| At Camden, New Jersey | s/ Noel L. Hillman<br>NOEL L. HILLMAN, U.S.D.J. |